IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                                CASE NO.: 91-80945
GUIDRY, PAUL LYNN
GUIDRY, CELENA ANN ARCENEAUX
    Debtors

MOTION TO REOPEN BANKRUPTCY CASE AND
TO DEFER COURT COSTS

TO THE HONORABLE BANKRUPTCY JUDGE:

       Now into Court comes RUDY O. YOUNG, who was the duly appointed and qualified Trustee in this matter, who with respect represents:

1.

       The above-captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on July 12, 1991, and Rudy O. Young was appointed Trustee in the case effective October 5, 1992.

II.

       Trustee filed his report of no distribution on February 3, 1993 and the case was closed by the court on February 5, 1993.

III.

       On January 17, 2008 trustee was informed of a class action suit in which the debtors were claimants, and that claimants will receive approximately $43,000.00. These funds are an asset of the bankruptcy estate and would make a meaningful distribution to the unsecured creditors in this case.

V.

       Trustee recommends that the case be reopened and that he be appointed in the reopened case for administrative purposes, and

that the court costs be deferred until such time as the estate has sufficient funds to pay said costs.

    WHEREFORE RUDY O. YOUNG, TRUSTEE, PRAYS that the case be reopened and that he be reappointed trustee in the reopened case, and that the court's fee for reopening the case be deferred.

    Lake Charles, Louisiana this __18th__ day of __January__, 2008.

                                      /s/Rudy O. Young
                                      RUDY O. YOUNG, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                                                      CASE NO. 91-80945
GUIDRY, PAUL LYNN
GUIDRY, CELENA ANN ARCENEAUX
    Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Reopen Bankruptcy Case and Defer Court Costs has this date been served upon, Paul & Celena Guidry, P.O. Box 471, Iowa, LA, 70647-2205, David Emile Marcantel, Attorney at Law, P. O. Box 1366, Jennings, LA 70546, and the Office of the United States Trustee, 300 Fannin Street, Suite 3196, Shreveport, Louisiana, 71101, by United States Mail, postage prepaid and properly addressed.

Lake Charles, Louisiana this   18th   day of   January , 2008.

                                          /s/Rudy O. Young
                                          RUDY O. YOUNG, TRUSTEE