IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NO.: 91-80945
GUIDRY, PAUL LYNN
GUIDRY, CELENA ANN ARCENEAUX
    Debtors


## TRANSMITTAL OF UNCLAIMED FUNDS

RUDY O. YOUNG, Trustee of this estate, reports the following;

(1) Final distribution has been made in this case on May 24, 2010. The creditor listed below in paragraph (2) was mailed distribution checks that have been returned to the trustee because the creditor address of record is no longer valid. Creditor's attorney is deceased. Trustee attempted to locate creditor and could not find him.

(2) The name of the party to whom the distribution checks were issued, the amount of the checks and the creditor's last known address is:

| NAME AND ADDRESS: | AMOUNT OF UNCLAIMED FUNDS: |
|---|---|
| Veron Charles Montgomery<br>c/o Robert W. Thomas, Attorney<br>2380 Lake St.<br>Lake Charles, LA 70601 | $ 3,600.00 |
| Veron Charles Montgomery<br>c/o Robert W. Thomas, Attorney<br>2380 Lake St.<br>Lake Charles, LA 70601 | 113.46 |

(3) A check made payable to the Clerk, U. S. Bankruptcy Court, in the amount of $3,713.46 representing the uncashed checks is attached hereto.

Signed June 21, 2010, at LAKE CHARLES, LOUISIANA.


                                        /s/Rudy O. Young
                                        RUDY O. YOUNG, TRUSTEE